FILED '05 SEP 21 12:08 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNDER SEAL**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05- 376 |
| v. ) | **I N D I C T M E N T** |
| JASON MICHAEL MERRIGAN, ) a.k.a. Yassin Abdurrahman, ) | Possession of Firearm by Prohibited Person [18 U.S.C. §§ 2, 922(g)(1), 924(a)(2) and 924(d); 28 U.S.C. § 2461(c)] |
| Defendant. ) | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**

**(Possession of Firearm by Prohibited Person)**

On or about May 28, 2005, in the District of Oregon, the defendant **JASON MICHAEL MERRIGAN** a.k.a. Yassin Abdurrahman, having been previously convicted in Oregon of one or more crimes punishable by imprisonment for a term exceeding one year as follows:

(a)  Possession of a Controlled Substance, Multnomah County Circuit Court, case number 00-11-39051, in 2000;

(b)  Forgery, 1st Degree, Multnomah County Circuit Court, case number C9908-36272, in 1999;

(c)  Theft, 1st Degree, Washington County Circuit Court, case number C980200CR, in 1998;

(d) Possession of a Controlled Substance, Multnomah County Circuit Court, case number C9709-36969, in 1997;

(e) Escape, 2nd Degree, Washington County Circuit Court, case number C970043CR, in 1997;

(f) Possession of a Controlled Substance, Multnomah County Circuit Court, case number C95-08-36441, in 1995; and

(g) Possession of a Controlled Substance, Multnomah County Circuit Court, Case number C95-06-35636, in 1995,

did knowingly possess one or more of the following firearms or rounds of ammunition which had previously been transported in interstate or foreign commerce:

(a) one SAIGA Russian rifle, 7.62x39 caliber, serial number H04102389;

(b) one SA Cugir Romarm rifle, WASR-10, 7.62x39 caliber, serial number 1-50193-03;

(c) one Hi-Point pistol, model JHP, .45 caliber, serial number X422464;

(d) one Glock pistol, model 23, .40 caliber, serial number CFX986US;

(e) one shotgun, 12 gauge, unknown manufacturer, no visible serial number; and

(f) approximately fifteen rounds of .40 caliber, five rounds of .45 caliber, three rounds of 7.62x39 caliber and one round of 12 gauge ammunition;

In violation of Title 18, United States Code, Sections 2, 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

As a result of having committed the offenses alleged in Count 1 of this indictment, defendant **JASON MICHAEL MERRIGAN** a.k.a. Yassin Abdurrahman shall forfeit to the

United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) the firearms and ammunition involved in that offense, including without limitation:

(a) one SAIGA Russian rifle, 7.62x39 caliber, serial number H04102389;

(b) one SA Cugir Romarm rifle, WASR-10, 7.62x39 caliber, serial number 1-50193-03;

(c) one Hi-Point pistol, model JHP, .45 caliber, serial number X422464;

(d) one Glock pistol, model 23, .40 caliber, serial number CFX986US;

(e) one shotgun, 12 gauge, unknown manufacturer, no visible serial number;

(f) one Arcus pistol, 9 mm, model 98DAC, serial number 20GH400894; and

(g) approximately fifteen rounds of .40 caliber, five rounds of .45 caliber, three rounds of 7.62x39 caliber and one round of 12 gauge ammunition.

DATED this 20 day of September 2005.

A TRUE BILL.

Presented by:

KARIN J. IMMERGUT, OSB #96314
United States Attorney

DAVID L. ATKINSON, OSB #75021
Assistant United States Attorney

**Page 3 - INDICTMENT**