# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

Case No.: **CR 05-376 HA**  
Date of Proceeding: **9-23-05**

**Presiding Judge:** Donald C. Ashmanskas  
**Courtroom Deputy:** Paul Gale  
**Recorded:** FTR by Paul Gale  
**AUSA:** Charles Gorder  
(for: David Atkinson)

Please use the above case number and initials on all future documents and correspondence in this action.

**DOCKET ENTRY:**

[ ]Interpreter(s): _____.

**Record of time set for:** [X]First/[ ]Initial appearance [X]Arraignment [X] Detention hearing/review [ ] Status hearing
[ ]Pretrial/[ ]Supervised release hearing [ ]Preliminary hearing [ ]A/W from another district/Rule 5.1 or 32.1 proceedings.
[X]ORDER - Appointing Federal Defender/CJA attorney to represent defendant(s). **for today only.**
[X]ORDER - Defendant to proceed as named.
[ ]Defendant(s) advised of charges [X]Defendant(s) waived reading of the Complaint, Indictment or Information.
[X]Defendant(s) advised of rights [ ]Defendant(s) waived advice of rights.
[ ]Defendant(s) waived [ ]Identity hearing [ ]Preliminary hearing [ ]Removal hearing.
[ ]ORDER - (Re)setting/continuing [ ]Arraignment [ ]Preliminary [ ]Detention [ ]Status [ ]Rule 5.1 or 32.1 hearing before the duty Magistrate Judge on: _____.
[ ]Government witness sworn: _____.
[ ]ORDER - Finding probable cause. [ ]ORDER - Finding lack of probable cause for defendant.
[X]ORDER - Defendant's plea of not-guilty entered.
[X]ORDER - Setting trial before Judge **Haggerty** on **Tuesday, November 22,** 2005, at 9:00 a.m.
[ ]ORDER - Defendant is released on conditions (see separate order).
[X]ORDER - Defendant is detained [X]flight risk [X]danger [ ]pending further hearing.
[X]ORDER - Discovery due in 10 days and motions due in 21 days.
[ ]ORDER - Setting revocation hearing before Judge _____ on _____ at _____.
[X] **Order - Oral request by Mr. Gorder to unseal the Indictment is granted by Judge Ashmanskas.**
(OTD: **12-2-05** - Gov't case: **3** days)

**DEFENDANT**  
(1) Jason Michael Merrigan  
[X]Present [ ] O/R [ ] Bond [X]Custody

**COUNSEL**  
(1) Matthew Rubenstein (today only)  
[X]Present [X]Appointed [ ] Retained

(2) _____  
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(2) _____  
[ ] Present [ ] Appointed [ ] Retained

(3) _____  
[ ] Present [ ] O/R [ ] Bond [ ] Custody

(3) _____  
[ ] Present [ ] Appointed [ ] Retained

[ ] Chambers  
[ ] Counsel of Record  
[ ] Jury Clerk  
[ ] Probation  
[ ] Pretrial Services  
[ ] U.S. Marshal  

Document No.: _____  
CRIMINAL MINUTES