# UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

FILED '05 SEP 26 16:11 USDC-ORP

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

JASON MICHAEL MERRIGAN
a.k.a. Yassin Abdurrahman

## WARRANT FOR ARREST

Case Number: CR. 05-376-HA

To: The United States Marshal
    or any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>JASON MICHAEL MERRIGAN a.k.a. Yassin Abdurrahman</u>

and bring him or her forthwith to the nearest magistrate to answer a(n)

X  Indictment    _ Information    _ Order of Court    _ Violation Notice    _ Probation Violation Petition

charging him or her with: Possession of Firearm by Prohibited Person

in violation of Title 18 U.S.C. §§ 2, 922(g)(1); 924(a)(2), (d); 28 U.S.C. §2461(c)

Donald M. Cinnamond
Name of Issuing Officer

Signature of Issuing Officer, Deputy Division Manager

Clerk, US District Court
Title of Issuing Officer

September 21, 2005, Portland, Oregon
Date and Location

RECEIVED
UNITED STATES MARSHAL
PORTLAND, OREGON
05 SEP 21 PM 3: 47

Bail fixed at **PRETRIAL DETENTION REQUESTED**    by JANICE M. STEWART, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _courthouse_ |

| Date Received<br>9/23/05 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>9/23/05 | John Moody DUSM | _signature_ |