68964-065

Certified to be a true and correct copy of original filed in this District
Dated 10/16/12
Mary L. Moran, Clerk of Court
US District Court of Oregon
By Deputy Clerk _____ M _____
Pages _____ Through _____

FILED 16 OCT '12 14:12 USDC-ORP

FILED 6 DEC '12 14:17 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. 0979 3:05CR00376-001-MO |
| v. | ORDER REVOKING SUPERVISED RELEASE TERM |
| JASON MICHAEL MERRIGAN, | AND IMPOSING SENTENCE |
| Defendant. | |

On August 22, 2011, this Court sentenced defendant to the custody of the Bureau of Prisons for a period of 13 months to be followed by an 18-month term of reimposed supervised release subject to standard and special conditions. The term of reimposed supervised release began June 6, 2012.

On September 20, 2012, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of supervised release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

On October 15, 2012, defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The Court found the defendant had

violated the conditions of supervised release by failing to participate in a substance abuse treatment program, failing to submit to urinalysis testing, using controlled substances, and failing to participate in a mental health treatment program.

It is the finding of the Court that defendant violated the conditions of supervised release.

It now appearing to the Court defendant is no longer suitable for continued community supervision,

**IT IS ORDERED** defendant's term of supervised release is revoked and defendant is committed to the custody of the Bureau of Prisons for a period of 6 months. No reimposition of supervised release is ordered.

**DATED** this ___16___ day of October, 2012.

_____
The Honorable Michael W. Mosman
U.S. District Judge

DEFENDANT RECEIVED AT
FCI SHERIDAN AT SHERIDAN, OREGON
ON __11|16|12__.

_Marian Feather_
WARDEN
BY: _J. Brannan, CSO_

*ORDER--MERRIGAN, JASON MICHAEL*     Page 2
*EG/ag/36035*